IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HENRY ARAGON,  §<br>§ ID #16220-509, §<br>§ *Petitioner*, §<br>§<br>v. §<br>§<br>WARDEN OF FCI SEAGOVILLE §<br>SATELLITE CAMP, §<br>§ *Respondent*. § | No. 3:25-CV-1981-X-BW |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 8). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, and by separate judgment, Aragon's Petition for Writ of Habeas Corpus, (Doc. 3), will be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and follow orders of the court.

**SO ORDERED** this 23rd day of January, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE